JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6571

- - - - - - - - - - - - - - - - - - - - - - - x

CHICAGO VENTURE PARTNERS, L.P., an
Illinois Limited Partnership,

        Plaintiff,

-v.-

BRILLIANT TECHNOLOGIES CORPORATION,
a Delaware corporation,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

07 Civ.

**RULE 7.1 STATEMENT**

RECEIVED
JUL 20 2007
U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Chicago Venture Partners (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        NONE

Date: July 20, 2007

                                                  Edward Scarvalone (ES-4880)

                                                  Attorney Bar Code 4880