<u>AFFIDAVIT OF SERVICE</u>

RE:  Chicago Venture Partners, L.P. v. Brilliant Technology Corporation
     Docket No.: 07 Civ. 6571 (SDNY) (SHS)

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

    Elizabeth Kuriyama, being duly sworn, deposes and says:

    That I am not a party to this action, am over the age of 18 years, and reside in Hoboken, New Jersey.

    On July 23, 2007, I served the Summons and Complaint in the foregoing action upon Brilliant Technology Corporation by:

    1. Delivering true and correct copies of same to Theodora (last name not given), who identified herself as the assistant to the President of Brilliant Technology Corporation, at Brilliant's place of business, 211 Madison Avenue, New York, New York 10016; Ms. Theodora is a Caucasian woman approximately 25 years of age, 5'6" tall with dark blond hair, a slight accent, and wearing a black track suit and casual shoes; and by

    2. Mailing true and correct copies of same, by first-class mail, addressed as follows:

Allen Klepfisz
President & CEO of Brilliant Technology Corporation
211 Madison Avenue, Apartment #28B
New York, New York 10016.

    _____
    Elizabeth Kuriyama

Sworn to before me this
23rd day of July, 2007

_____
NOTARY PUBLIC

DAVID RIVERA
Notary Public, State of New York
No. 03-4962689
Qualified in Bronx County
Certificate filed in New York County
Commission Expires February 26, ~~1992~~ 2010