USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 8/8/07

# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR
JOHN F. KALEY
WALTER MACK

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

August 7, 2007

RECEIVED
CHAMBERS OF
AUG -7 2007
JUDGE SCHEINDLIN

BY FAX

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:   *Chicago Venture Partners, L.P. v. Brilliant Technologies Corp.*
           07 Civ. 6571 (SAS)

Dear Judge Scheindlin:

    Having reviewed Mr. Reina's letter from earlier this afternoon, we agree that plaintiff's application for a TRO and preliminary injunction can be marked off the calendar (or denied without prejudice to a future application in the event of a renewed attempt by defendant to transfer substantially all of its assets). However, we see no reason for the Court to dismiss the complaint's first claim for relief, inasmuch as there is no pending motion addressing this claim and plaintiff anticipates filing an amended complaint.

    We thank the Court for its consideration.

                                                   Respectfully,

                                                   Edward Scarvalone

cc:   Lawrence J. Reina, Esq.
       John F. Kaley, Esq.

*[Handwritten order:]* Plaintiff's application for a TRO and preliminary injunction is denied without prejudice. The hearing scheduled on that application is accordingly adjourned sine die. An initial conference is scheduled for August 27, at 4:30 pm.

SO ORDERED.

Dated: August 7, 2007

Shira A. Scheindlin, U.S.D.J.