UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHICAGO VENTURE PARTNERS, L.P., an Illinois Limited Partnership,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BRILLIANT TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | **ECF CASE**<br><br>07 Civ. 6571 (SAS) |

**ORDER TO SHOW CAUSE FOR A
TEMPORARY RESTRAINING ORDER
AND A PRELIMINARY INJUNCTION**

Upon the Complaint herein, the annexed Declaration of Edward Scarvalone, dated July 27, 2007, the exhibits thereto (collectively "Scarvalone Declaration"), and the accompanying Memorandum of Law, it is hereby:

ORDERED, that defendant Brilliant Technologies Corporation show cause before the Honorable Shira A. Scheindlin in this Court in Courtroom 15C of the United States Courthouse, 500 Pearl Street, New York, New York, on the _____ day of August, 2007, at _____ o'clock or as soon as counsel may be heard, why an order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Brilliant Technologies Corporation, its officers, employees, agents, and all others acting in concert or participation with them, pending the final hearing and determination of this action, from directly or indirectly transferring the outstanding shares of Brilliant Technology Corporation's wholly owned subsidiary, LTDnetwork, Inc., without first obtaining shareholder approval at a properly called shareholder's meeting; and it is further

ORDERED that sufficient reason having been shown, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., defendant Brilliant Technologies Corporation, its officers, employees, agents, and all others acting in concert or participation with them are temporarily restrained and enjoined from directly or indirectly transferring the outstanding shares of Brilliant Technology Corporation's wholly owned subsidiary, LTDnetwork, Inc., without first obtaining shareholder approval at a properly called shareholder's meeting; and it is further

ORDERED that security in the amount of $ _____ be posted by the plaintiff prior to August ____, 2007, at ____ o'clock; and it is further

ORDERED that copies of this Order to Show Cause, together with copies of the annexed Scarvalone Declaration and plaintiff's Memorandum of Law, be served upon Brilliant Technologies Corporation, at its office at 211 Madison Avenue, Apt. 28B, New York, New York 10016, or upon its counsel, personally or by Federal Express or similar next day delivery, on or before _____, 2007, at ____ o'clock, and that such service shall be deemed good and sufficient service and notice thereof; and it is further

ORDERED that opposition papers, if any, to plaintiff's application shall be served in such a manner that they are received by plaintiff's counsel no later than August ____, 2007, at _____ o'clock; and it is further

ORDERED that reply papers, if any, shall be served in such a manner that they are received by defendant's counsel no later than August \_\_\_\_\_, 2007, at _____ o'clock.

Dated:   New York, New York

       July \_\_\_\_, 2007

                                    _____
                                    United States District Judge