# AFFIDAVIT OF SERVICE

RE:  Chicago Venture Partners, L.P. v. Brilliant Technology Corporation
     Docket No.: 07 Civ. 6571 (SDNY) (SHS)

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Elizabeth Kuriyama, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Hoboken, New Jersey.

On July 27, 2007, I served the Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction, Declaration of Edward Scarvalone with exhibits and a Memorandum of Law in the foregoing action upon Brilliant Technology Corporation by:

1. Delivering true and correct copies of same to Brilliant Technology Corporation, at Brilliant's place of business, 211 Madison Avenue, New York, New York 10016; and by

2. Mailing true and correct copies of same, by first-class mail, addressed as follows:

Allen Klepfisz
President & CEO of Brilliant Technology Corporation
211 Madison Avenue, Apartment #28B
New York, New York 10016.

_____
Elizabeth Kuriyama

Sworn to before me this
14th day of August, 2007

_____
NOTARY PUBLIC

DAVID RIVERA
Notary Public, State of New York
No. _3-4962689
Qualified in Bronx County
Certificate filed in New York County
Commission Expires February 26, 1998 2010