# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07
```

September 26, 2007

RECEIVED
CHAMBERS OF
SEP 2  2007
JUDGE SCHEINDLIN

BY FAX

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *Chicago Venture Partners, L.P. v. Brilliant Technologies Corp.*
            07 Civ. 6571 (SAS)

Dear Judge Scheindlin:

    The parties respectfully request an additional thirty-day adjournment of the initial conference, scheduled for October 1, 2007 at 2:30 p.m. (The conference was originally scheduled for August 27, 2007). The parties are continuing their settlement discussions, and we believe there has been significant progress warranting the requested adjournment.

    We thank the Court for its consideration of this request.

Respectfully,

Edward Scarvalone

cc:    Lawrence J. Reina, Esq.

*[Handwritten note from Judge:] Request denied. The initial conference will proceed as scheduled on October 1, 2007 at 2:30 p.m.*

*Shira A. Scheindlin USDJ*