UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-------------------------------------------------------------- :
                                                              :
Chicago Venture                                               :
                                                              :
            v                                                 :
                                                              :
Brilliant Techs, Inc.                                         :
                                                              :
                                                              :
                                                              X
--------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/07_

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

_07_ Civ. _6571_ (SAS    )

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           _Oct 1, 2007_

_____
United States District Judge

Early discovery would be best.
Thanks