UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

Chicago Venture Partners, L.P., :

              **Plaintiff,**     :

              - against -     :

Brilliant Technologies Corp., :

              **Defendant(s).**     :

---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

**SCHEDULING ORDER**

07   Civ. 6571 (SAS)

Conference Date:

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on  October 1, 2007  (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

    October 1, 2007
    Edward Scarvalone for Plaintiff; Lawrence J. Reing for Defendant.

(2)    a concise statement of the issues as they then appear;

    Action on a debt instrument.

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

    Depositions will be conducted between January 21, 2008 and March 21, 2008, of persons to be determined.

    (b) a schedule for the production of documents;

    January 11, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    To be determined.

    (d) time when discovery is to be completed;

    March 31, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*April 18, 2008*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*May 16, 2008*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____*April 8, 2008 at 4:30*_____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; *To be determined*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement; *To be determined*

(6) anticipated fields of expert testimony, if any; *To be determined*

(7) anticipated length of trial and whether to court or (jury); *3-5 days*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

*Edward Scarvalone*
*Doar Rieck Kaley & Mack*
*217 Broadway*
*New York, NY 10007*
*(212) 619-3730*
*For Plaintiff*

*Lawrence J. Reina*
*Reed Smith LLP*
*599 Lexington Avenue*
*New York, NY 10022*
*(212) 549-0255*
*For Defendant*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

*10/1/07*