UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHICAGO VENTURE PARTNERS, L.P., :

         Plaintiff, :

         -against- :

BRILLIANT TECHNOLOGY CORP., :

         Defendant. :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

ORDER
07 cv 6571 (SAS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

(1)    a settlement conference shall be held in the above-captioned action on November 14, 2007, at 10:30 a.m., in courtroom 6A, 500 Pearl St., New York, New York;

(2)    the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at: http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       October 16, 2007

SO ORDERED:

_/s/ Kevin Nathaniel Fox_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE