**MEMO ENDORSED**

## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

November 8, 2007

BY FAX

The Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 540
New York, NY 10007

Re: *Chicago Venture Partners, L.P. v. Brilliant Technologies Corp.*
    07 Civ. 6571 (SAS)

Dear Judge Fox:

The parties have settled the above-referenced matter, which was previously referred to Your Honor for settlement. A proposed stipulation and order of voluntary dismissal has been submitted to the Clerk's office pursuant to the Court's ECF rules. Accordingly, we respectfully submit that the mediation session scheduled for November 14, 2007 be adjourned *sine die*. We thank the Court for its assistance.

11/8/07
Application granted.
SO ORDERED.
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

Edward Scarvalone

cc: Lawrence J. Reina, Esq.