UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHICAGO VENTURE PARTNERS, L.P., an Illinois Limited Partnership,<br><br>    Plaintiff,<br>v.<br><br>BRILLIANT TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>    Defendant. | ECF CASE<br><br>07 Civ. 6571 (SAS) |

### STIPULATION AND ORDER OF VOLUNTARY
### DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-referenced action is dismissed without prejudice and without fees or costs to either party.

Dated: New York, New York
       November 7, 2007

DOAR RIECK KALEY & MACK
Attorneys for Plaintiff

By: _____
EDWARD SCARVALONE
217 Broadway, Suite 707
New York, New York 10007
Tel. (212) 619-3730
Fax (212) 962-5037
escarvalone@doarlaw.com

Dated: New York, New York
November 7, 2007

REED SMITH LLP
Attorneys for Defendant

By: _____
LAWRENCE J. REINA
599 Lexington Avenue, 29th Floor
New York, New York 10022
Tel. (212) 549-0255
Fax (212) 521-5450
lreina@reedsmith.com

SO ORDERED:

_____
United States District Judge

Dated: November 8, 2007

2